**PennState Health**

Direct Deposit Payment Advice

Attention: Payroll Department
P.O. Box 855 - M.C. A440
Hershey, PA 17033-0855

Check Date: 8/12/2016
Payment Number: 15065099

*Void Void Void Void Void Void Void*

Pay to the Order:
Hilarie Mohn
719 Fieldstone Lane
Elizabethtown, PA 17022

$2,024.84

## Not Negotiable

| Employee Name: Hilarie A Mohn | Emp ID: 11828 | Pay Period Ending: 8/6/16 |
|---|---|---|

| Earnings and Wages: | Current Period Hours | Current Period Amount | Year to Date Amount |
|---|---|---|---|
| Extended Illness Bank | | | 603.52 |
| Group Term Life Insurance* | | 7.41 | 118.56 |
| Holiday | | | 905.28 |
| Long Term Disab Premium Tax* | | 11.10 | 177.60 |
| PTO Primary | 24.0 | 905.28 | 3,470.24 |
| Personal Time Payout | | | 150.88 |
| Regular Pay | 56.0 | 2,112.32 | 43,302.56 |
| | 80.0 | $3,036.11 | $48,728.64 |

* These are imputed or "Non-Cash" Earnings, meaning they are included in your taxable wages, but not in your actual net pay.

| Taxes and Deductions: | Current Period | Year to Date |
|---|---|---|
| Elizabethtown Boro - Lancaster | 29.74 | 477.35 |
| Employee Paid Medicare | 41.05 | 658.87 |
| Employee Paid Social Security | 175.49 | 2,817.22 |
| Federal Income Tax Withheld | 445.46 | 7,165.08 |
| LST - Derry Twp - Dauphin | 2.00 | 32.00 |
| PA Employee UI | 2.12 | 34.03 |
| Pennsylvania Withholding Tax | 91.30 | 1,465.43 |
| Savings Plan GPS | 150.88 | 2,414.08 |
| BS Highmark Premium Pre-Tax | 49.08 | 785.28 |
| Davis Vision Pretax | 1.06 | 16.96 |
| UCCI Dental Pretax | 4.58 | 73.28 |
| | $992.76 | $15,939.58 |



Direct Deposit Payment Advice

**PennState Health**

Attention: Payroll Department
P.O. Box 855 - M.C. A440
Hershey, PA 17033-0855

Check Date: 8/26/2016
Payment Number: 15075274

*Void Void Void Void Void Void Void*

Pay to the Order:
Hilarie Mohn
719 Fieldstone Lane
Elizabethtown, PA 17022

$2,024.85

## Not Negotiable

| Employee Name: Hilarie A Mohn | | | Emp ID: 11828 | Pay Period Ending: 8/20/16 |
|---|---|---|---|---|

| Earnings and Wages: | Current Period Hours | Current Period Amount | Year to Date Amount | |
|---|---|---|---|---|
| Extended Illness Bank | | | 603.52 | |
| Group Term Life Insurance* | | 7.41 | 125.97 | |
| Holiday | | | 905.28 | |
| Long Term Disab Premium Tax* | | 11.10 | 188.70 | |
| PTO Primary | 40.0 | 1,508.80 | 4,979.04 | |
| Personal Time Payout | | | 150.88 | |
| Regular Pay | 40.0 | 1,508.80 | 44,811.36 | |
| | 80.0 | $3,036.11 | $51,764.75 | |

\* These are imputed or "Non-Cash" Earnings, meaning they are included in your taxable wages, but not in your actual net pay.

| Taxes and Deductions: | Current Period | Year to Date |
|---|---|---|
| Elizabethtown Boro - Lancaster | 29.74 | 507.09 |
| Employee Paid Medicare | 41.04 | 699.91 |
| Employee Paid Social Security | 175.49 | 2,992.71 |
| Federal Income Tax Withheld | 445.46 | 7,610.54 |
| LST - Derry Twp - Dauphin | 2.00 | 34.00 |
| PA Employee UI | 2.12 | 36.15 |
| Pennsylvania Withholding Tax | 91.30 | 1,556.73 |
| Savings Plan GPS | 150.88 | 2,564.96 |
| BS Highmark Premium Pre-Tax | 49.08 | 834.36 |
| Davis Vision Pretax | 1.06 | 18.02 |
| UCCI Dental Pretax | 4.58 | 77.86 |
| | $992.75 | $16,932.33 |

Case 1:16-bk-04482-MDF   Doc 17   Filed 11/28/16   Entered 11/28/16 22:03:24   Desc
Main Document      Page 2 of 4


**PennState Health**

Direct Deposit Payment Advice

Attention: Payroll Department
P.O. Box 855 - M.C. A440
Hershey, PA 17033-0855

Check Date: 9/9/2016
Payment Number: 15086981

*Void Void Void Void Void Void Void*

Pay to the Order: Hilarie Mohn
719 Fieldstone Lane
Elizabethtown, PA 17022

$2,024.85

# Not Negotiable

| Employee Name: Hilarie A Mohn | | Emp ID: 11828 | Pay Period Ending: 9/3/16 |
|---|---|---|---|

| Earnings and Wages: | Current Period Hours | Current Period Amount | Year to Date Amount |
|---|---|---|---|
| Extended Illness Bank | | | 603.52 |
| Group Term Life Insurance* | | 7.41 | 133.38 |
| Holiday | | | 905.28 |
| Long Term Disab Premium Tax* | | 11.10 | 199.80 |
| PTO Primary | | | 4,979.04 |
| Personal Time Payout | | | 150.88 |
| Regular Pay | 80.0 | 3,017.60 | 47,828.96 |
| | 80.0 | $3,036.11 | $54,800.86 |

\* These are Imputed or "Non-Cash" Earnings, meaning they are included in your taxable wages, but not in your actual net pay.

| Taxes and Deductions: | Current Period | Year to Date |
|---|---|---|
| Elizabethtown Boro - Lancaster | 29.74 | 536.83 |
| Employee Paid Medicare | 41.04 | 740.95 |
| Employee Paid Social Security | 175.49 | 3,168.20 |
| Federal Income Tax Withheld | 445.46 | 8,056.00 |
| LST - Derry Twp - Dauphin | 2.00 | 36.00 |
| PA Employee UI | 2.12 | 38.27 |
| Pennsylvania Withholding Tax | 91.30 | 1,648.03 |
| Savings Plan GPS | 150.88 | 2,715.84 |
| BS Highmark Premium Pre-Tax | 49.08 | 883.44 |
| Davis Vision Pretax | 1.06 | 19.08 |
| UCCI Dental Pretax | 4.58 | 82.44 |
| | $992.75 | $17,925.08 |


**PennState Health**

Direct Deposit Payment Advice

Check Date: 9/23/2016
Payment Number: 15097163

Attention: Payroll Department
P.O. Box 855 - M.C. A440
Hershey, PA 17033-0855

*Void Void Void Void Void Void Void*

| Pay to the Order: | Hilarie Mohn<br>719 Fieldstone Lane<br>Elizabethtown, PA 17022 | $2,024.84<br>**Not Negotiable** |
|---|---|---|

| Employee Name: Hilarie A Mohn | | Emp ID: 11828 | Pay Period Ending: 9/17/16 |
|---|---|---|---|

| Earnings and Wages: | Current Period Hours | Current Period Amount | Year to Date Amount |
|---|---|---|---|
| Extended Illness Bank | | | 603.52 |
| Group Term Life Insurance* | | 7.41 | 140.79 |
| Holiday | 8.0 | 301.76 | 1,207.04 |
| Long Term Disab Premium Tax* | | 11.10 | 210.90 |
| PTO Primary | | | 4,979.04 |
| Personal Time | 8.0 | 301.76 | 301.76 |
| Personal Time Payout | | | 150.88 |
| Regular Pay | 64.0 | 2,414.08 | 50,243.04 |
| | 80.0 | $3,036.11 | $57,836.97 |

* These are Imputed or "Non-Cash" Earnings, meaning they are included in your taxable wages, but not in your actual net pay.

| Taxes and Deductions: | Current Period | Year to Date |
|---|---|---|
| Elizabethtown Boro - Lancaster | 29.74 | 566.57 |
| Employee Paid Medicare | 41.04 | 781.99 |
| Employee Paid Social Security | 175.50 | 3,343.70 |
| Federal Income Tax Withheld | 445.46 | 8,501.46 |
| LST - Derry Twp - Dauphin | 2.00 | 38.00 |
| PA Employee UI | 2.12 | 40.39 |
| Pennsylvania Withholding Tax | 91.30 | 1,739.33 |
| Savings Plan GPS | 150.88 | 2,866.72 |
| BS Highmark Premium Pre-Tax | 49.08 | 932.52 |
| Davis Vision Pretax | 1.06 | 20.14 |
| UCCI Dental Pretax | 4.58 | 87.02 |
| | $992.76 | $18,917.84 |