```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-04482-MDF
Hilarie Mohn                                                    Chapter 13
Ryan Mohn
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0314-1         User: CGambini          Page 1 of 2          Date Rcvd: Jan 17, 2017
                             Form ID: ntcnfhrg       Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db/jdb         +Hilarie Mohn,    Ryan Mohn,    719 Fieldstone Lane,    Elizabethtown, PA 17022-1442
cr             +CAVALRY SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
4866017         American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
4850174        +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
4850175       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,     Po Box 982238,    El Paso, TX 79998)
4850176        +Brown & Joseph Ltd,    1 Pierce Pl Ste 1225w,    Itasca, IL 60143-1218
4850177        +Cap1/justice,    Po Box 30253,   Salt Lake City, UT 84130-0253
4871857        +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
4850178        +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
4850180        +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
4850182        +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
4850183        +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
4850184        +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
4850188        +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
4850193        +PNC Mortgage,    PO Box 1820,   Dayton, OH 45401-1820
4850194        +PSEC,   1 Credit Union Place,    Harrisburg, PA 17110-2912
4850198        +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
4850204        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4850185        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 17 2017 19:11:46     Credit Coll,
                 Po Box 607,    Norwood, MA 02062-0607
4850186        +E-mail/Text: creditonebknotifications@resurgent.com Jan 17 2017 19:10:49     Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
4851774         E-mail/Text: mrdiscen@discover.com Jan 17 2017 19:10:45     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
4850187        +E-mail/Text: mrdiscen@discover.com Jan 17 2017 19:10:45     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
4862457        +E-mail/Text: bankruptcynotices@psecu.com Jan 17 2017 19:11:38     PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4850190        +E-mail/Text: bankruptcynotices@psecu.com Jan 17 2017 19:11:38     Pa Sta Empcu,
                 1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4872713         E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2017 19:11:05
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
4850199        +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:05:53     Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
4850200        +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:05:53     Syncb/ashley Homestore,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
4850201        +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:05:32     Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
4850202        +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:06:09     Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
4850203        +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2017 19:06:09     Syncb/tjx Cos,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4850179*       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
4850181*       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
4850189*       +Midland Funding,    2365 Northside Drive,    San Diego, CA 92108-2709
4850195*       +PSEC,   1 Credit Union Place,    Harrisburg, PA 17110-2912
4850196*       +PSEC,   1 Credit Union Place,    Harrisburg, PA 17110-2912
4850197*       +PSEC,   1 Credit Union Place,    Harrisburg, PA 17110-2912
4850191*       +Pa Sta Empcu,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
4850192*       +Pa Sta Empcu,    1500 Elmerton Ave,    Harrisburg, PA 17110-2990
                                                                                TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor   CAVALRY SPV I, LLC ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Michael J Clark    on behalf of Creditor    PNC BANK N.A. bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Joint Debtor Ryan  Mohn spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor Hilarie  Mohn spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Hilarie Mohn<br>Ryan Mohn<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:16−bk−04482−MDF |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**February 16, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: February 22, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 17, 2017 |