

FILED
HARRISBURG, PA
8/13/2020
2020 AUG 18 PM 12:09
CLERK U.S. BANKRUPTCY COURT


U S Bankruptcy Court
Attn: Claims Clerk
228 Walnut Street, Room 320
Harrisburg, PA 17101


Re: Hilarie & Ryan Mohn
   PSECU Acct. No. XXXXXX1047-L14
   Case No. 16-04482


Dear Clerk:

Please withdraw Proof of Claim #7 filed on 12/05/2016 in the amount of $5,650.72 as the remaining balance has been forgiven as part of a legal settlement in class action litigation involving the Vehicle loan ID L14.

If you have any questions, please contact me at **800.237.7328, extension 3115**.

Sincerely,

Scott Smith
PSECU

©PSECU 21237332 0820

P.O. BOX 67013, HARRISBURG, PA 17106-7013    800.237.7328 • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.
Case 1:16-bk-04482-HWV    Doc 38    Filed 08/18/20    Entered 08/18/20 13:01:52    Desc
Main Document    Page 1 of 1