# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| HILARIE MOHN | Case No.: 1-16-04482-HWV |
| RYAN MOHN | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 21 |
| Last Four of Loan Number: | 719 Fieldstone - PRE-ARREARS - 0540 |
| Property Address if applicable: | 719 FIELDSTONE LANE, , ELIZABETHTOWN, PA17022 |

| PART 2: | | CURE AMOUNT |
|---|---|---|
| TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE | | |
| a. | Allowed prepetition arrearages: | $293.76 |
| b. | Prepetition arrearages paid by the Trustee: | $293.76 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $293.76 |

| PART 3: | POST PETITION MORTGAGE PAYMENT |
|---|---|

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

| PART 4: | A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g) |
|---|---|

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 21, 2020                    Respectfully submitted,


                                            s/ Charles J. DeHart, III, Trustee
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            Fax: (717) 566-8313
                                            eMail: dehartstaff@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 21

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1167586 | 05/11/2017 | $293.76 | $0.00 | $293.76 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

HILARIE MOHN                                    Case No.: 1-16-04482-HWV
RYAN MOHN                                       Chapter 13
                    Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

SEAN P QUINLAN, ESQUIRE                         SERVED ELECTRONICALLY
2331 MARKET STREET
CAMP HILL PA,  17011-


PNC MORTGAGE                                    SERVED BY 1ST CLASS MAIL
ATTN:  BANKRUPTCY
3232 NEWMARK DRIVE
MIAMISBURG, OH,  45342


HILARIE MOHN                                    SERVED BY 1ST CLASS MAIL
RYAN MOHN
719 FIELDSTONE LANE
ELIZABETHTOWN, PA  17022


I certify under penalty of perjury that the foregoing is true and correct.


Date: December 21, 2020                         s/   Donna Schott
                                                Charles J. DeHart, III, Trustee
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail:  dehartstaff@pamd13trustee.com