Certificate Number: 03621-PAE-DE-035241968

Bankruptcy Case Number: 16-04482


03621-PAE-DE-035241968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2021, at 5:19 o'clock PM EST, Hilarie A Mohn completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 6, 2021    By: /s/Erin Wylly

Name: Erin Wylly

Title: Credit Counselor

Certificate Number: 03621-PAE-DE-035241970

Bankruptcy Case Number: 16-04482


03621-PAE-DE-035241970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2021, at 5:19 o'clock PM EST, Ryan S Mohn completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 6, 2021

By: /s/Erin Wylly

Name: Erin Wylly

Title: Credit Counselor